## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

CARL FOUNTAIN,

      Plaintiff,                     No. 2:10-cv-02633-KJM-DAD P

vs.

A. LEBRON, et al.,

      Defendants.           **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Carl Fountain, inmate # K-81006 and a plaintiff in this case, is confined in Mule Creek State Prison, 4001 Highway 104, Ione, CA 95640, in the custody of the Warden; in order to secure this inmate's attendance for a settlement conference, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 8th Floor, Courtroom 27, United States Courthouse, 501 I Street, Sacramento, California on January 31, 2013, at 10:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named for a settlement conference in the United States District Court at the time and place above, until completion of the settlement conference or as ordered by the court; and thereafter to return the inmate to the above institution;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California  95671.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden of Mule Creek State Prison, 4001 Highway 104, Ione, CA 95640:**

      **WE COMMAND** you to produce the inmate named above for a settlement conference at the United States District Court and at the time and place above, until completion of the settlement conference or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: December 17, 2012.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
foun2633.841