UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CARL FOUNTAIN,

       Plaintiff,                    No. 2:10-cv-02633-KJM-DAD P

vs.

A. LEBRON, et al.,              **<u>AMENDED</u>**
                                        **ORDER & WRIT OF HABEAS CORPUS**
       Defendants.          **AD TESTIFICANDUM**
_____/

       Carl Fountain, inmate # K-81006 and a plaintiff in this case, is confined in Mule Creek State Prison (MCSP), 4001 Highway 104, Ione, CA, 95640, in the custody of the Warden. In order to secure this inmate's attendance for a settlement conference, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 8th Floor, Courtroom 27, United States Courthouse, 501 I Street, Sacramento, California on January 31, 2013 at 9:00 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1.  This shall amend the writ issued December 17, 2012;

       2.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named for a settlement conference in the United States District Court at the time and place above, until completion of the settlement conference or as ordered by the court; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation; and

       3.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, MCSP, P. O. Box 409099, Ione, California, 95640:**

       **WE COMMAND** you to produce the inmate named above for a settlement conference at the United States District Court and at the time and place above, until completion of the settlement conference or as ordered by the court; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: January 24, 2013.

                                                    _/s/ Dale A. Drozd_
                                                    DALE A. DROZD
foun10cv2633.841                                  UNITED STATES MAGISTRATE JUDGE